UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SOVEREIGN BANCORP, INC.; SOVEREIGN BANK; SEACOAST FINANCIAL SERVICES CORP; and COMPASS BANK FOR SAVINGS, )<br><br>Plaintiffs, )<br><br>v. )<br><br>JOHN H. HARLAND COMPANY, )<br><br>Defendant. ) | CIVIL ACTION NO. 04- |

**CERTIFICATE OF GOOD STANDING OF DANIEL J. KING**

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, I, Daniel J. King, hereby certify as follows:

1. I am a member of the bars of the states of Georgia, Illinois, and New York. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. I am a partner with the law firm King & Spalding, LLP. My office is located at 191 Peachtree Street, Atlanta, Georgia 30303. I represent the defendant John H. Harland Company in this matter.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. My application for leave to practice in this Court is on motion of a

member of the bar of this Court, Steven J. Buttacavoli, Piper Rudnick LLP, One International Place, Boston, Massachusetts 02110. Mr. Buttacavoli has filed an appearance in this action.

Signed under the penalties of perjury this 23 day of July, 2004.

_____
Daniel J. King