UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANCORP, INC.; SOVEREIGN BANK; SEACOAST FINANCIAL SERVICES CORP; and COMPASS BANK FOR SAVINGS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN H. HARLAND COMPANY,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  NO. 04-11631-EFH<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
DANIEL J. KING, JAMES N. GORSLINE, AND ROBERT C. KHAYAT, JR.**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, defendant John H. Harland Company moves that Daniel J. King, James N. Gorsline, and Robert C. Khayat, Jr. of, King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia, 30303 be admitted to represent this defendant before this Court. The certificates required by Local Rule 83.5.3(b) are appended hereto.

Respectfully submitted,

JOHN H. HARLAND COMPANY,
By its attorneys,

/s/ Steven J. Buttacavoli
_____
Bruce E. Falby (BBO# 544143)
Steven J. Buttacavoli (BBO# 651440)
PIPER RUDNICK LLP
One International Place, 21st Floor
Boston, MA  02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  July 29, 2004