MAS-20031124  
aguiarka

**Commonwealth of Massachusetts**  
BRISTOL SUPERIOR COURT  
Case Summary  
Civil Docket

07/27/2004  
09:20 AM

### BRCV2004-00732
### Sovereign Bancorp Inc., et al v John H. Harland Company

| | | | | | |
|---|---|---|---|---|---|
| File Date | 07/01/2004 | Status | Disposed: transferred to other court (dtrans) | | |
| Status Date | 07/27/2004 | Session | B - CtRm 2 - (Fall River) | | |
| Origin | 1 | Case Type | D13 - Declaratory judgement (231A) | | |
| Lead Case | | Track | A | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/29/2004 | Answer | 11/28/2004 | Rule12/19/20 | 11/28/2004 |
| Rule 15 | 09/24/2005 | Discovery | 08/20/2006 | Rule 56 | 10/19/2006 |
| Final PTC | 02/16/2007 | Disposition | 07/01/2007 | Jury Trial | Yes |

### PARTIES

**Plaintiff**  
Sovereign Bancorp Inc..  
2000 Market Street  
Philadelphia, PA 19019  
Active 07/01/2004

Private Counsel 558473  
Stephen B Rotman  
Robinson & Cole LLP  
1 Boston Place, 25th Floor  
Boston, MA 02108-4404  
Phone: 617-557-5900  
Fax: 617-557-5999  
Active 07/01/2004 Notify

Private Counsel 568108  
John W Steinmetz  
Robinson & Cole LLP  
1 Boston Place, 25th Floor  
Boston, MA 02108-4404  
Phone: 617-557-5900  
Fax: 617-557-5999  
Active 07/01/2004 Notify

Private Counsel 652361  
Paula S Bliss  
Robinson & Cole LLP  
1 Boston Place, 25th Floor  
Boston, MA 02108-4404  
Phone: 617-557-5900  
Fax: 617-557-5999  
Active 07/01/2004 Notify

**Plaintiff**  
Sovereign Bank  
1130 Berkshire Blvd.  
Active 07/01/2004

Private Counsel 558473  
Stephen B Rotman  
Robinson & Cole LLP  
1 Boston Place, 25th Floor  
Boston, MA 02108-4404  
Phone: 617-557-5900  
Fax: 617-557-5999  
Active 07/01/2004 Notify

MAS-20031124  Case 1:04-cv-11631-EFH   Document 4   Filed 07/29/2004   Page 2 of 4   07/27/2004
aguiarka                Commonwealth of Massachusetts                           09:20 AM
                              BRISTOL SUPERIOR COURT
                                   Case Summary
                                   Civil Docket

## BRCV2004-00732
## Sovereign Bancorp Inc.. et al v John H. Harland Company

**Private Counsel 568108**
John W Steinmetz
Robinson & Cole LLP
1 Boston Place, 25th Floor
Boston, MA 02108-4404
Phone: 617-557-5900
Fax: 617-557-5999
Active 07/01/2004 Notify

**Private Counsel 652361**
Paula S Bliss
Robinson & Cole LLP
1 Boston Place, 25th Floor
Boston, MA 02108-4404
Phone: 617-557-5900
Fax: 617-557-5999
Active 07/01/2004 Notify

**Plaintiff**
Seacoast Financial Services Corp.
One Compass Place
New Bedford, MA 02740
Active 07/01/2004

**Private Counsel 558473**
Stephen B Rotman
Robinson & Cole LLP
1 Boston Place, 25th Floor
Boston, MA 02108-4404
Phone: 617-557-5900
Fax: 617-557-5999
Active 07/01/2004 Notify

**Private Counsel 568108**
John W Steinmetz
Robinson & Cole LLP
1 Boston Place, 25th Floor
Boston, MA 02108-4404
Phone: 617-557-5900
Fax: 617-557-5999
Active 07/01/2004 Notify

**Private Counsel 652361**
Paula S Bliss
Robinson & Cole LLP
1 Boston Place, 25th Floor
Boston, MA 02108-4404
Phone: 617-557-5900
Fax: 617-557-5999
Active 07/01/2004 Notify

Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

## BRCV2004-00732
### Sovereign Bancorp Inc.. et al v John H. Harland Company

**Plaintiff**
Compass Bank for Savings
One Compass Place
New Bedford, MA 02740
Active 07/01/2004

**Private Counsel 558473**
Stephen B Rotman
Robinson & Cole LLP
1 Boston Place, 25th Floor
Boston, MA 02108-4404
Phone: 617-557-5900
Fax: 617-557-5999
Active 07/01/2004 Notify

**Private Counsel 568108**
John W Steinmetz
Robinson & Cole LLP
1 Boston Place, 25th Floor
Boston, MA 02108-4404
Phone: 617-557-5900
Fax: 617-557-5999
Active 07/01/2004 Notify

**Private Counsel 652361**
Paula S Bliss
Robinson & Cole LLP
1 Boston Place, 25th Floor
Boston, MA 02108-4404
Phone: 617-557-5900
Fax: 617-557-5999
Active 07/01/2004 Notify

**Defendant**
John H. Harland Company
2939 Miller Road
Decatur, GA 30030
Service pending 07/01/2004

**Private Counsel 544143**
Bruce E Falby
Piper Rudnick LLP
One International Place
100 Oliver Street, 21st Floor
Boston, MA 02110-2613
Phone: 617-406-6000
Fax: 617-406-6100
Active 07/26/2004 Notify

**Private Counsel 651440**
Steven J Buttacavoli
Piper Rudnick LLP
One International Place
100 Oliver Street, 21st Floor
Boston, MA 02110-2613
Phone: 617-406-6000
Fax: 617-406-6100
Active 07/26/2004 Notify

Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

## BRCV2004-00732
### Sovereign Bancorp Inc.. et al v John H. Harland Company

**Other interested party**
FILE COPY
Active 07/01/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 07/01/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 07/01/2004 | | Origin 1, Type D13, Track A. |
| 07/01/2004 | | Notice of 93A complaint sent to Attorney General |
| 07/02/2004 | | ONE TRIAL review by Clerk, case properly brought in Superior Court where seeking declaratory judgment with possible monetary damages far exceeding $25,000.00. PfL |
| 07/26/2004 | 2.0 | Notice for Removal to the United States District Court filed by John H. Harland Company |
| 07/27/2004 | | Case REMOVED this date to US District Court of Massachusetts with (04CV11631EFH) endorsement thereon |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 07/07/2004 | CtRm Main - (Taunton) | Status: by clerk<br>Initial One-trial Review | Event held as scheduled |

A True Copy By Photostatic Process
Attest:
Asst. Clerk of Courts