UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANCORP, INC.; SOVEREIGN BANK; SEACOAST FINANCIAL SERVICES CORP; and COMPASS BANK FOR SAVINGS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN H. HARLAND COMPANY,<br><br>Defendant | CIVIL ACTION NO.: 04-11631-EFH |

**JOHN H. HARLAND COMPANY'S
<u>DEMAND FOR TRIAL BY JURY</u>**

Pursuant to Fed. R. Civ. P. 38(b), defendant John H. Harland Company ("Harland"), respectfully demands a trial by jury with respect to the Verified Counterclaims it filed against plaintiffs Sovereign Bancorp, Inc., Sovereign Bank, Seacoast Financial Services Corp, and Compass Bank for Savings on July 29, 2004.

Respectfully submitted this 9th day of August, 2004.

/s/ Steven J. Buttacavoli
_____

Of Counsel:
KING & SPALDING LLP
Daniel J. King (admitted pro hac vice)
James N. Gorsline (admitted pro hac vice)
Robert C. Khayat, Jr. (admitted pro hac vice)

191 Peachtree Street
Atlanta, Georgia 30303
(404) 572-4600
(404) 572-5141

Bruce E. Falby (BBO # 544143)
Steven J. Buttacavoli (BBO # 651440)
PIPER RUDNICK LLP
One International Place
21st Floor
Boston, Massachusetts 02110-2600
(617) 406-6000
(617) 406-6100 (fax)

## CERTIFICATE OF SERVICE

I, Steven J. Buttacavoli, hereby certify that I have on this date served a copy of the foregoing JOHN H. HARLAND'S DEMAND FOR TRIAL BY JURY on counsel of record for all parties by depositing a copy of same in the U.S. Mail, with adequate postage affixed thereto, addressed as follows:

>Steven B. Rotman,
>John W. Steinmetz, and
>Paula S. Bliss
>ROBINSON & COLE LLP
>One Boston Place
>Boston, Massachusetts 02108

This 9th day of August, 2004.

/s/ Steven J. Buttacavoli
_____
Steven J. Buttacavoli