UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANCORP, INC., SOVEREIGN BANK, SEACOAST FINACIAL SERVICES CORP.; and COMPASS BANK FOR SAVINGS,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN H. HARLAND COMPANY,<br><br>Defendant. | Civil Action No. 04-11631-EFH |

NOTICE OF APPEARANCE

Please enter the appearance of Lee M. Holland, Esq., as additional counsel on behalf of the Plaintiffs, Sovereign Bancorp, Inc. ("Sovereign Bancorp"), Sovereign Bank ("Sovereign"), Seacoast Financial Services Corp. ("Seacoast") and Compass Bank for Savings ("Compass").

BOST1-835659-1

>Respectfully submitted,
>
>**SOVEREIGN BANCORP, INC.;
>SOVEREIGN BANK; SEACOAST
>FINANCIAL SERVICES CORP.; and
>COMPASS BANK FOR SAVINGS,**
>
>By their attorneys,
>
>/s/ Lee M. Holland
>Steven B. Rotman, Esq. (BBO# 558473)
>John W. Steinmetz, Esq. (BBO# 568108)
>Paula S. Bliss, Esq. (BBO# 652361)
>Lee M. Holland, Esq. (BBO# 650617)
>ROBINSON & COLE LLP
>One Boston Place
>Boston, MA 02108
>(617) 557-5900

Dated: August 19, 2004

## CERTIFICATE OF SERVICE

I, Lee M. Holland, hereby certify that on this 19th day of August 2004 a copy of the foregoing was faxed and mailed, postage prepaid, to:

| | |
|---|---|
| Bruce E. Falby, Esq.<br>Steven J. Buttacavoli, Esq.<br>PIPER RUDNICK LLP<br>One International Place<br>21st Floor<br>Boston, MA 02110 | Daniel J. King, Esq.<br>James N. Gorsline, Esq.<br>Robert C. Khayat, Jr., Esq.<br>KING & SPAULDING LLP<br>191 Peachtree Street<br>Atlanta, GA 30303 |

>/s/ Lee M. Holland
>Lee M. Holland, Esq. (BBO# 650617)