UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SOVEREIGN BANCORP, INC.; et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN H. HARLAND COMPANY, | ) | CIVIL ACTION NO.: 04-11631-EFH |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |
| | ) | |

**ASSENTED-TO MOTION TO EXTEND TIME FOR FILING OPPOSITION TO
PLAINTIFFS' MOTION TO DISMISS**

Defendant John H. Harland Company ("Harland") hereby requests an extension until
September 8, 2004 to file its brief in opposition to plaintiffs' Motion to Dismiss Defendant John
H. Harland's Counterclaims (its "Opposition"). As grounds for this motion, Harland states that
due to scheduling difficulties, additional time is needed to complete its Opposition. This case is
in its inception. No hearing or trial has been scheduled. Therefore, no party will suffer prejudice
if the extension is allowed.

Plaintiffs assent to this motion.


Respectfully Submitted:                              Assented to:

JOHN H. HARLAND COMPANY                SOVEREIGN BANCORP, INC., et al.

By its attorneys,                                    By their attorneys,

/s/ Steven J. Buttacavoli                            /s/ Lee M. Holland
Bruce E. Falby (BBO # 544143)            Steven B. Rotman  (BBO # 558473)
Steven J. Buttacavoli (BBO # 651440)    John W. Steinmetz (BBO # 568108)
Piper Rudnick LLP                                    Paula S. Bliss (BBO # 652361)
One International Place                              Lee M. Holland (BBO # 650617)
Boston, MA 02110                                     ROBINSON & COLE  LLP
(617) 406-6000                                       One Boston Place
                                                     Boston, Massachusetts  02108
                                                     (617) 557-5900

Dated: August 31, 2004

~BOST1:307660.v1

- 2 -

## CERTIFICATE OF SERVICE

I, Steven J. Buttacavoli, hereby certify that a true copy of the above document was served upon counsel for the plaintiffs, Lee M. Holland, Robinson & Cole LLP, One Boston Place, Boston, MA 02108 by first class mail on August 31, 2004.

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I, Steven J. Buttacavoli, hereby certify that, pursuant to Local Rule 7.1(a)(2), counsel for the John H. Harland Company has conferred with counsel for the plaintiffs for the purpose of obtaining their consent to file this motion.

/s/ Steven J. Buttacavoli
Steven J. Buttacavoli

~BOST1:307660.v1