UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANCORP, INC., et al. ) | Civil Action No. 04-11631-EFH |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOHN H. HARLAND COMPANY, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to the provisions of Local Rule 16.1(D)(3), plaintiffs and their counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| **ROBINSON & COLE LLP** | **PLAINTIFFS,**<br>**SOVEREIGN BANCORP, INC., et al.** |
| /s/ John W. Steinmetz<br>Steven B. Rotman, BBO # 558473<br>John W. Steinmetz, BBO # 568108<br>Paula S. Bliss, BBO # 652361<br>ROBINSON & COLE LLP<br>One Boston Place<br>Boston, MA 02108-4404<br>(617) 557-5900 | /s/ Gary Deutsch<br>By: Gary A. Deutsch, Esq.<br>Its: Litigation Counsel |

BOST1-838465-1