UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SOVEREIGN BANCORP, INC.; SOVEREIGN BANK; SEACOAST FINANCIAL SERVICES CORP; and COMPASS BANK FOR SAVINGS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 04-11631-EFH |
| JOHN H. HARLAND COMPANY, | ) ) | |
| Defendant | ) ) ) | |

JOHN H. HARLAND COMPANY'S
LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), defendant/counterclaim plaintiff John H. Harland Company and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution procedures such as those outlined in Local Rule 16.4.

Respectfully submitted this 5th day of October, 2004.

|  |  |
|---|---|
|  | Defendant,<br>JOHN H. HARLAND COMPANY, |
| /s/ Steven J. Buttacavoli<br>Bruce E. Falby (BBO # 544143)<br>Steven J. Buttacavoli (BBO # 651440)<br>PIPER RUDNICK LLP<br>One International Place, 21st Floor<br>Boston, Massachusetts 02110-2600<br>(617) 406-6000<br>(617) 406-6100 (fax) | /s/ Sarah King Bowen<br>Sarah King Bowen<br>Vice President and General Counsel<br>Printed Products Division<br>2939 Miller Road<br>Decatur, Georgia 30035 |

Of Counsel:
KING & SPALDING LLP
Daniel J. King (admitted pro hac vice)
James N. Gorsline (admitted pro hac vice)
Robert C. Khayat, Jr. (admitted pro hac vice)
191 Peachtree Street
Atlanta, Georgia 30303
(404) 572-4600

## CERTIFICATE OF SERVICE

    I, Steven J. Buttacavoli, hereby certify that on this 5th day of October 2004, a true copy of the above document was served upon the attorney of record for each party by first class mail, postage prepaid.

                                                /s/ Steven J. Buttacavoli