UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANCORP, INC.; SOVEREIGN BANK; SEACOAST FINANCIAL SERVICES CORP; and COMPASS BANK FOR SAVINGS, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN H. HARLAND COMPANY, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO.: 04-11631-EFH |

JOHN H. HARLAND COMPANY'S
LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), defendant/counterclaim plaintiff John H. Harland Company hereby notifies the Court that John H. Harland Company has no corporate parent, and no publicly held company owns 10% or more of its stock.

Respectfully submitted this 5th day of October, 2004.

Of Counsel:

KING & SPALDING LLP
Daniel J. King (admitted pro hac vice)
James N. Gorsline (admitted pro hac vice)
Robert C. Khayat, Jr. (admitted pro hac vice)
191 Peachtree Street
Atlanta, Georgia 30303
(404) 572-4600
(404) 572-5141

  /s/ Steven J. Buttacavoli
Bruce E. Falby (BBO # 544143)
Steven J. Buttacavoli (BBO # 651440)
PIPER RUDNICK LLP
One International Place
21st Floor
Boston, Massachusetts 02110-2600
(617) 406-6000
(617) 406-6100 (fax)

CERTIFICATE OF SERVICE

I, Steven J. Buttacavoli, hereby certify that on this 5th day of October 2004, a true copy of the above document was served upon the attorney of record for each party by first class mail, postage prepaid.

/s/ Steven J. Buttacavoli