UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SOVEREIGN BANCORP, INC.; SOVEREIGN BANK; SEACOAST FINANCIAL SERVICES CORP.; and COMPASS BANK FOR SAVINGS, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN H. HARLAND COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 04-11631-EFH |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiffs hereby submit their corporate disclosure statement: Sovereign Bancorp, Inc. ("Sovereign") is a publicly-traded Pennsylvania corporation of which no publicly-traded company owns more that 10% of its stock. Sovereign Bank is a federally chartered savings bank. Sovereign acquired Seacoast Financial Services Corp. ("Seacoast") effective July 23, 2004 pursuant to an Agreement and Plan of Merger (the "Merger"), and Compass Bank For Savings ("Compass"), a wholly-owned subsidiary of Seacoast, was merged into Plaintiff Sovereign Bank, a wholly-owned subsidiary of Sovereign. Prior to the Merger, Seacoast was a Massachusetts corporation, and Compass was a bank organized under the laws of the Commonwealth of Massachusetts.

BOST1-839369

PLAINTIFFS,
SOVEREIGN BANCORP, INC., ET AL.

By their attorneys,

/s/ Paula S. Pliss
Steven B. Rotman, Esq. (BBO# 558473)
John W. Steinmetz, Esq. (BBO# 568108)
Paula S. Bliss, Esq. (BBO# 652361)
Lee M. Holland, Esq. (BBO# 650617)
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108
(617) 557-5900

## CERTIFICATE OF SERVICE

I, Paula S. Bliss, hereby certify that on this 6th day of October 2004 a copy of the foregoing was mailed, postage prepaid, to:

Bruce E. Falby, Esq.
Steven J. Buttacavoli, Esq.
PIPER RUDNICK LLP
One International Place
21st Floor
Boston, MA 02110

Daniel J. King, Esq.
James N. Gorsline, Esq.
Robert C. Khayat, Jr., Esq.
KING & SPAULDING LLP
191 Peachtree Street
Atlanta, GA 30303

/s/ Paula S. Pliss
Paula S. Bliss, Esq. (BBO# 652361)