UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SOVEREIGN BANCORP, INC., ET AL.,
                Plaintiffs

                                                                         CIVIL ACTION NO.:
            v.                                                    04-11631-EFH

JOHN H. HARLAND CO.,
                Defendant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FINAL PRETRIAL CONFERENCE ORDER

October 6, 2004

HARRINGTON, S.D.J.

      The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 2:00 P.M. on <u>Thursday, October 27, 2005</u>.

      SO ORDERED.

                                                            /s/ Edward F. Harrington
                                                             EDWARD F. HARRINGTON
                                                             United States Senior District Judge