UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SOVEREIGN BANCORP, INC., <br> SOVEREIGN BANK, <br> SEACOAST FINACIAL SERVICES <br> CORP.; and COMPASS BANK FOR <br> SAVINGS, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN H. HARLAND COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-11631-EFH <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of H. Bissell Carey, III, Esq., as additional counsel on behalf of the Plaintiffs, Sovereign Bancorp, Inc. ("Sovereign Bancorp"), Sovereign Bank ("Sovereign"), Seacoast Financial Services Corp. ("Seacoast") and Compass Bank for Savings ("Compass").

        Respectfully submitted,

        SOVEREIGN BANCORP, INC.;
        SOVEREIGN BANK; SEACOAST
        FINANCIAL SERVICES CORP.; and
        COMPASS BANK FOR SAVINGS,

        By their attorneys,

        /s/ H. Bissell Carey, III
        H. Bissell Carey, III, Esq. (BBO# 563788)
        Steven B. Rotman, Esq. (BBO# 558473)
        John W. Steinmetz, Esq. (BBO# 568108)
        Paula S. Bliss, Esq. (BBO# 652361)
        Lee M. Holland, Esq. (BBO# 650617)

ROBINSON & COLE LLP<br>
One Boston Place<br>
Boston, MA 02108<br>
(617) 557-5900

Dated: December 10, 2004

## CERTIFICATE OF SERVICE

I, Paula S. Bliss, hereby certify that on this 10th day of December 2004 a copy of the foregoing was mailed, postage prepaid, to:

| | |
|---|---|
| Bruce E. Falby, Esq. | Daniel J. King, Esq. |
| Steven J. Buttacavoli, Esq. | James N. Gorsline, Esq. |
| PIPER RUDNICK LLP | Robert C. Khayat, Jr., Esq. |
| One International Place | KING & SPAULDING LLP |
| 21st Floor | 191 Peachtree Street |
| Boston, MA 02110 | Atlanta, GA 30303 |

/s/ Paula S. Bliss
Paula S. Bliss

2