UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * *

SOVEREIGN BANCORP, INC., ET AL.,
                Plaintiffs

                                                      CIVIL ACTION NO.:
         v.                                     04-11631-EFH

JOHN H. HARLAND CO.,
                Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * *

## REVISED FINAL PRETRIAL CONFERENCE ORDER

December 16, 2004

HARRINGTON, S.D.J.

     The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 2:00 P.M. on  Tuesday, November 15, 2005 .

     SO ORDERED.

                                                /s/ Edward F. Harrington
                                               EDWARD F. HARRINGTON
                                               United States Senior District Judge