UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANCORP, INC.; SOVEREIGN BANK; SEACOAST FINANCIAL SERVICES CORP; and COMPASS BANK FOR SAVINGS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN H. HARLAND COMPANY,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.: 04-11631-EFH |

## NOTICE OF FIRM NAME CHANGE

Pursuant to Local Rule 83.5.2(e), please enter the following change of firm name on the docket of this action. Effective January 1, 2005, the firm name of counsel for defendant John H. Harland Company shall be:

Steven J. Buttacavoli, Esq. (BBO #651440)
Bruce E. Falby, Esq. (BBO #544143)
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (telephone)
(617) 406-6100 (fax)

JOHN H. HARLAND COMPANY

By its attorney,

/s/ Steven J. Buttacavoli
Steven J. Buttacavoli, Esq. (BBO #651440)
Bruce E. Falby, Esq. (BBO #544143)
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (telephone)
Dated:  February 11, 2005    (617) 406-6100 (fax)

~BOST1:317730.v1
10198-2