UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANCORP, INC.; SOVEREIGN BANK; SEACOAST FINANCIAL SERVICES CORP; and COMPASS BANK FOR SAVINGS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JOHN H. HARLAND COMPANY,<br><br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO.: 04-11631-EFH |

NOTICE OF WITHDRAWAL
OF APPEARANCE OF STEVEN J. BUTTACAVOLI

Steven J. Buttacavoli, currently an associate at the law firm of DLA Piper Rudnick Gray

Cary US LLP, One International Place, 21st Floor, Boston, Massachusetts, 02110-2613, hereby

gives notice of the withdrawal of his appearance as counsel for the defendant John H. Harland

Company ("Harland").  Please note that Harland will continue to be represented in this case going

forward by Bruce E. Falby, Esq. of DLA Piper Rudnick Gray Cary US LLP, One International

Place, 21st Floor, Boston, Massachusetts, 02110-2613.

　　　　　　　　　　JOHN H. HARLAND COMPANY,

　　　　　　　　　　By its attorneys,

　　　　　　　　　　/s/ Steven J. Buttacavoli
　　　　　　　　　　_____

　　　　　　　　　　Steven J. Buttacavoli (BBO #651440)
　　　　　　　　　　Bruce E. Falby, Esq. (BBO #544143)
　　　　　　　　　　DLA PIPER RUDNICK GRAY CARY US LLP
　　　　　　　　　　One International Place, 21st Floor
　　　　　　　　　　Boston, MA  02110-2613
　　　　　　　　　　(617) 406-6000 (telephone)
　　　　　　　　　　(617) 406-6100 (fax)

~BOST1:324639.v1

Of Counsel:

KING & SPALDING LLP
Daniel J. King (admitted pro hac vice)
James N. Gorsline (admitted pro hac vice)
Robert C. Khayat, Jr. (admitted pro hac vice)
191 Peachtree Street
Atlanta, Georgia 30303
(404) 572-4600
(404) 572-5141

Dated:  April 12, 2005

2

~BOST1:324639.v1