UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANCORP, INC., et al.  )<br>    )<br>      Plaintiffs,  )<br>    )<br>vs.    )<br>    )<br>JOHN H. HARLAND COMPANY,  )<br>    )<br>      Defendant.  )<br>    ) | Civil Action No. 04-11631-EFH |

### JOINT MOTION TO EXTEND SCHEDULLING ORDER

The parties filed a motion on December 15, 2004 seeking to amend the scheduling order. This Court (Harrington, J.) granted the parties request. As stated in the parties December 15, 2005 motion, the parties attended a mediation before J. Owen Todd on December 13, 2004, and, as a result of the mediation, pursued settlement discussions. The parties remain in ongoing negotiations and believe that they will know by the end of this ninety day period whether settlement is possible. In an effort to encourage settlement, the parties hereby jointly seek a ninety day extension of all deadlines in this case.

This is the parties' second request for a modification of the case schedule.

WHEREFORE, the parties hereby move that the deadlines in the above-captioned matter be modified as follows:

    A.    <u>Discovery Schedule</u>

        1.    <u>Close of Fact Discovery</u>

Fact discovery shall be completed on or before September 1, 2005.

        2.    <u>Expert Witnesses and Expert Discovery</u>

BOST1-859281-1

Expert witnesses, if any, shall be identified in accordance with Fed.R.Civ.P. Rule 26 on or before October 15, 2005, and rebuttal experts, if any, shall be identified in accordance with Fed.R.Civ.P. Rule 26 on or before November 15, 2005. Expert depositions shall be completed on or before December 15, 2005.

A.   Motion Schedule

Motions for summary judgment and other dispositive motions shall be filed on or before February 1, 2006.

B.   Pre-Trial Conference Date

The parties propose that the Court conduct a pre-trial conference in this matter on February 15, 2006, or as soon thereafter as the Court's calendar permits.

Respectfully submitted,

| PLAINTIFFS,<br>SOVEREIGN BANCORP, INC., et al.<br><br>By their attorneys, | DEFENDANT,<br>JOHN H. HARLAND COMPANY<br><br>By its attorneys, |
|---|---|
| /s/ Paula S. Bliss | /s/ Robert C. Khayat |
| H. Bissell Carey, III, Esq. (BBO# 563788)<br>John W. Steinmetz, Esq. (BBO# 568108)<br>Paula S. Bliss, Esq. (BBO# 652361)<br>Lee M. Holland, Esq. (BBO# 650617)<br>ROBINSON & COLE LLP<br>One Boston Place<br>Boston, MA  02108<br>(617) 557-5900 | Bruce E. Falby<br>Steven J. Buttacavoli<br>Piper Rudnick LLP<br>One International Place, 21st Floor<br>Boston, MA  02110-2600<br><br>Daniel J. King, Esq.<br>James N. Gorsline, Esq.<br>Robert C. Khayat, Jr., Esq.<br>KING & SPAULDING LLP<br>191 Peachtree Street<br>Atlanta, GA 30303<br>(404) 572-3397 |

Dated: June 1, 2005