UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SOVEREIGN BANCORP, INC., ET AL.,
      Plaintiffs

    v.

JOHN H. HARLAND COMPANY,
      Defendant.

CIVIL ACTION NO.:
04-11631-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED FINAL PRETRIAL CONFERENCE ORDER

June 2, 2005

HARRINGTON, S.D.J.

  The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Wednesday, February 15, 2006 .

  SO ORDERED.

              /s/ Edward F. Harrington
              EDWARD F. HARRINGTON
              United States Senior District Judge