UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SOVEREIGN BANCORP, INC. and<br>SOVEREIGN BANK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN H. HARLAND COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-11631-EFH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs, Sovereign Bancorp, Inc. and Sovereign Bank, et al., and the Defendant, John H. Harland Company, stipulate that all claims and counterclaims that were raised by the parties in this matter are hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

| PLAINTIFFS,<br>SOVEREIGN BANCORP, INC. and<br>SOVEREIGN BANK, et al., | DEFENDANT,<br>JOHN H. HARLAND COMPANY |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Paula S. Bliss<br>H. Bissell Carey, III, Esq. (BBO# 563788)<br>John W. Steinmetz, Esq. (BBO# 568108)<br>Paula S. Bliss, Esq. (BBO# 652361)<br>Lee M. Holland, Esq. (BBO# 650617)<br>ROBINSON & COLE LLP<br>One Boston Place<br>Boston, MA 02108<br>(617) 557-5900 | /s/ Robert C. Khayat<br>Bruce E. Falby<br>Piper Rudnick LLP<br>One International Place, 21st Floor<br>Boston, MA 02110-2600<br><br>Daniel J. King, Esq.<br>James N. Gorsline, Esq.<br>Robert C. Khayat, Jr., Esq.<br>King & Spaulding LLP<br>191 Peachtree Street<br>Atlanta, GA 30303<br>(404) 572-3397 |

Dated: July 6, 2005

8

## Certificate of Service

I, Paula S. Bliss, hereby certify that on July 6, 2005 I served a copy of the foregoing Stipulation of Dismissal with Prejudice on the following individuals by fax and first class mail, postage pre-paid, addressed as follows:

Bruce E. Falby, Esq.
Piper Rudnick LLP
One International Place, 21st Floor
Boston, MA  02110-2600

H. Bissell Carey, III, Esq.
John W. Steinmetz, Esq.
Paula S. Bliss, Esq.
Lee M. Holland, Esq.
Robinson & Cole LLP
One Boston Place
Boston, MA  02108

Daniel J. King, Esq.
James N. Gorsline, Esq.
Robert C. Khayat, Jr., Esq.
King & Spaulding LLP
191 Peachtree Street
Atlanta, GA 30303

/s/ Paula S. Bliss
Paula S. Bliss

9